**[6ord19]** [ORDER DISMISSING CASE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                              Case No. 6:09−bk−06459−ABB
                                                                                                     Chapter 13

Madelyn I Orengo
aka Madelyn Orengo
712 Battery Pointe Drive
Orlando, FL 32828


_____Debtor(s)_____/

ORDER DISMISSING CASE

   On May 13, 2009 , the Court entered an order (Document No. 4 ) directing the debtor to file by May 28, 2009 , the following required document(s) necessary for the administration of the case:

   Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, Schedules, Statement of Affairs and Statement of Intentions Payment Advices, Chapter 13 Plan and Statement of Monthly Income

   The order further provided that the Court may dismiss this case without further notice or hearing if the debtor failed to comply within the time specified in the order.

   Despite the fact that more than 15 days have passed since the date of filing of the petition, the debtor has failed to comply with the order. No Discharge of debts was entered in this case. Accordingly, it is

   ORDERED:

   1. This case is dismissed.

   2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

3. Any scheduled hearing is herewith canceled.

DONE AND ORDERED on June 8, 2009 .

_____
Arthur B. Briskman
United States Bankruptcy Judge